LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant
Chong Suk Han*

**FILED**
DISTRICT COURT OF GUAM
FEB - 2 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00003 |
| Plaintiff, | |
| vs. | **STIPULATION TO RELEASE PASSPORT** |
| CHONG SUK HAN, | |
| Defendant. | |

Judgment in this matter was filed on June 17, 2005. The undersigned stipulate to releasing Defendant Chong Suk Han's passport. All other conditions shall remain in effect.

SO STIPULATED this 2nd day of February, 2007.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam NMI

_____
**MARIVIC P. DAVID**
*Assistant U.S. Attorney*

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Chong Suk Han*

H-0003/40-00/0040/PCP/dmg