**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Chong Suk Han*

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>CHONG SUK HAN,<br><br>               Defendant. | CRIMINAL CASE NO. 03-00003<br><br>**ORDER**<br>**Re: Stipulation to Release**<br>**Defendant's Passport** |

Upon stipulation by the parties, the Court directs the Clerk's Office to return the Defendant's passport to her.

SO ORDERED: February 26, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

H-0003/40-00/0040/PCP/dmg